IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | Consolidated Under |
| LIABILITY LITIGATION (No. VI) | : | MDL DOCKET NO. 875 |
| | : | |
| This Scheduling Order Relates to: | : | |
| | : | |
| Luna | : | E.D. Pa Case No. 13-60002 |
| Moss | : | E.D. Pa Case No. 13-60004 |

## SCHEDULING ORDER

      **AND NOW**, this 17th day of April, 2013, pursuant to Judge Robreno's April 15, 2013 order referring these cases to us (see 13-60004 Doc. 7), it is hereby **ORDERED** that the following discovery and pretrial management deadlines shall apply:

1.     The Standard Interrogatories adopted by the Court on October 5, 2010 (see www.paed.uscourts.gov/documents/MDL/MDL875/CV 1.pdf and CV 2.pdf) are deemed served as of this date.

2.     All Fed. R. Civ. P. 26(a) initial disclosures must be served by **May 10, 2013.**

3.     All fact discovery must be completed by **August 26, 2013**

4.     Plaintiff's expert reports must be served by **September 26, 2013.**

5.     Defendants' expert reports must be served by **October 28, 2013.**

6.     All expert discovery must be completed by **November 12, 2013.**

7.     Any dispositive motions must be filed by **December 12, 2013.**

8.     Responses to any dispositive motions must be filed by **January 13, 2014.**

9.     Replies to any dispositive motions must be filed by **January 27, 2014.**

10.    Discovery must be propounded and answered in accordance with the Federal Rules of Civil Procedure, unless subject to a written agreement by the parties.

11.     A settlement conference, with client representatives to be in attendance in person, shall take place at such time as the Court, upon the recommendations of the parties or otherwise, deems appropriate.


BY THE COURT:



 /s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE